STAYED,(b)(1)(A),MAG,ACCO,JURY,MDL_OUT,MOTREF,PATENT

Email All Attys
Email All Attys and Secondary Emails

# US District Court Electronic Case Filing System
## District of Utah (Central)
## CIVIL DOCKET FOR CASE #: 2:26−cv−00090−HCN−JCB

ABC IP et al v. HK Parts
Assigned to: Judge Howard C. Nielson, Jr
Referred to: Magistrate Judge Jared C. Bennett
Cause: 35:0271 Patent Infringement

Date Filed: 02/04/2026
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**ABC IP**
*LLC, a Delaware limited liability company*

represented by **Carl E. Bruce**
FISH & RICHARDSON PC
1717 MAIN ST STE 5000
DALLAS, TX 75201
214−747−5070
Fax: 214−747−2091
Email: bruce@fr.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number:*
*Bar Status: Phv*

**Matthew A. Colvin**
FISH & RICHARDSON PC
1717 MAIN ST STE 5000
DALLAS, TX 75201
214−747−5070
Fax: 214−747−2091
Email: colvin@fr.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number:*
*Bar Status: Phv*

**Ben Christoff**
FISH & RICHARDSON PC
1001 MAINE AVE SW STE 1000
WASHINGTON, DC 20024
202−626−7724
Fax: 202−783−2331
Email: christoff@fr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number:*
*Bar Status: Phv*

**Timothy B. Smith**
PARSONS BEHLE & LATIMER
201 S MAIN ST STE 1800
PO BOX 45898
SALT LAKE CITY, UT 84145−0898
801−536−6800
Email: TBSmith@parsonsbehle.com
*ATTORNEY TO BE NOTICED*
*Bar Number: 8271*
*Bar Status: Active*

**Plaintiff**

| | | |
|---|---|---|
| **Rare Breed Triggers**<br>*Inc. a Texas corporation* | represented by | **Carl E. Bruce**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br>*Bar Number:*<br>*Bar Status: Phv* |

**Matthew A. Colvin**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number:*
*Bar Status: Phv*

**Ben Christoff**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number:*
*Bar Status: Phv*

**Timothy B. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Number: 8271*
*Bar Status: Active*

V.

**Defendant**

| | | |
|---|---|---|
| **HK Parts Inc**<br>*a Utah Corporation* | represented by | **Jed H. Hansen**<br>THORPE NORTH & WESTERN LLP<br>175 S MAIN ST STE 900<br>SALT LAKE CITY, UT 84111<br>(801) 566−6633 |

Email: hansen@tnw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 10679*
*Bar Status: Active*

**Michael Chibib**
BRACEWELL LLP
111 CONGRESS AVE STE 2300
AUSTIN, TX 78710
512−494−3635
Email: michael.chibib@bracewell.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number:*
*Bar Status: Phv*

**Conor M. Civins**
BRACEWELL LLP
111 CONGRESS AVE STE 2300
AUSTIN, TX 78710
512−494−3631
Email: conor.civins@bracewell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number:*
*Bar Status: Phv*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/04/2026 | Ï 1 | COMPLAINT *for Patent Infringement* against HK Parts, Inc. (Filing fee $ 405, receipt number AUTDC−5688155) filed by ABC IP, LLC, Rare Breed Triggers. (Attachments: # 1 Exhibit A − Patent No 12,038,247, # 2 Exhibit B − Patent No. 12,031,784, # 3 Civil Cover Sheet CCS) (Smith, Timothy) (Entered: 02/04/2026) |
| 02/04/2026 | Ï 2 | Requested Summons as to HK Parts, Inc.. (Smith, Timothy) (Entered: 02/04/2026) |
| 02/04/2026 | Ï | Judge Howard C. Nielson, Jr added. Case number will now read **2:26−cv−00090−HCN.** Please make changes to document captions accordingly. (kop) (Entered: 02/04/2026) |
| 02/04/2026 | Ï 3 | Report on the Filing of an action sent to the Director of the U.S. Patent and Trademark Office. (kop) (Entered: 02/04/2026) |
| 02/04/2026 | Ï 4 | Summons Issued Electronically as to HK Parts, Inc.. Instructions to Counsel: 1. Click on the document number. 2. If you are prompted for an ECF login, enter your 'Attorney' login to CM/ECF. 3. Print the issued summons for service. (kop) (Entered: 02/04/2026) |
| 02/05/2026 | Ï 5 | |

| | | |
|---|---|---|
| | | DOCKET TEXT ORDER REFERRING CASE to Magistrate Judge Jared C. Bennett under 28:636 (b)(1)(A), Magistrate Judge to hear and determine all nondispositive pretrial matters. No attached document. Signed by Judge Howard C. Nielson, Jr., on 2/5/2026. (dle) (Entered: 02/05/2026) |
| 02/06/2026 | Ï 6 | ORDER TO PROPOSE SCHEDULE – See order for details. Signed by Magistrate Judge Jared C. Bennett on 2/6/26 (alt) (Entered: 02/06/2026) |
| 02/06/2026 | Ï 7 | CIVIL STANDING ORDER. Signed by Judge Howard C. Nielson, Jr on 5/12/2025. (ks) (Entered: 02/06/2026) |
| 02/06/2026 | Ï 8 | NOTICE OF REQUIREMENTS for appearance Pro Hac Vice emailed to attorney Matthew A. Colvin, Ben Christoff, Glenn D. Bellamy for ABC IP, Rare Breed Triggers. (kop) Modified by adding other Plaintiff on case counsel is representing on 2/6/2026 (kop). (Entered: 02/06/2026) |
| 02/06/2026 | Ï 9 | NOTICE OF REQUIREMENTS for appearance Pro Hac Vice emailed to attorney Carl E. Bruce for ABC IP, Rare Breed Triggers. (kop) (Entered: 02/06/2026) |
| 02/06/2026 | Ï 10 | CORPORATE DISCLOSURE STATEMENT under FRCP 7.1 filed by Plaintiff ABC IP. (Smith, Timothy) (Entered: 02/06/2026) |
| 02/06/2026 | Ï 11 | CORPORATE DISCLOSURE STATEMENT under FRCP 7.1 filed by Plaintiff Rare Breed Triggers. (Smith, Timothy) (Entered: 02/06/2026) |
| 02/12/2026 | Ï 12 | NOTICE of Re Multidistrict Litigation Filing by ABC IP, Rare Breed Triggers (Attachments: # 1 Exhibit 1 – Motion to Transfer and Resp, # 2 Exhibit 2 – Exhibits to Motion to Transfer, # 3 Exhibit 3 – Exhibits to Motion to Transfer, # 4 Exhibit 4 – The Partisan network's IP Resp to Mtn, # 5 Exhibit 5) (Smith, Timothy) (Entered: 02/12/2026) |
| 02/13/2026 | Ï 13 | MOTION for Admission Pro Hac Vice of Ben Christoff , Registration fee $ 50, receipt number AUTDC−5698848, <br><br> Attorneys awaiting Pro Hac Vice admission should immediately register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. <br> Registration requests will not be approved until the court has granted the pro hac vice motion. Instructions are available on the court's website at https://www.utd.uscourts.gov/cmecf−electronic−case−filing. <br><br> filed by Plaintiffs ABC IP, Rare Breed Triggers. (Attachments: # 1 Exhibit A− Application for Pro Hac Vice Admission, # 2 Text of Proposed Order)(Smith, Timothy) (Entered: 02/13/2026) |
| 02/13/2026 | Ï 14 | MOTION for Admission Pro Hac Vice of Matthew A. Colvin , Registration fee $ 50, receipt number AUTDC−5698850, <br><br> Attorneys awaiting Pro Hac Vice admission should immediately register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. <br> Registration requests will not be approved until the court has granted the pro hac vice motion. Instructions are available on the court's website at https://www.utd.uscourts.gov/cmecf−electronic−case−filing. <br><br> filed by Plaintiffs ABC IP, Rare Breed Triggers. (Attachments: # 1 Exhibit A− Application for Pro Hac Vice Admission, # 2 Text of Proposed Order)(Smith, Timothy) (Entered: 02/13/2026) |
| 02/18/2026 | Ï 15 | ORDER granting 13 Motion for Admission Pro Hac Vice of Attorney Ben Christoff for ABC IP,Ben Christoff for Rare Breed Triggers. |

| | | *Attorneys admitted Pro Hac Vice must register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Instructions are available at https://www.utd.uscourts.gov/attorney−admissions#PHV.A Pro Hac Vice Attorney who fails to register for CM/ECF access will not receive notifications of electronic filings.* <br><br> *Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at https://www.utd.uscourts.gov/rules−practice.* <br><br> Signed by Magistrate Judge Jared C. Bennett on 2/18/2026. (dle) (Entered: 02/18/2026) |
|---|---|---|
| 02/18/2026 | 16 | ORDER granting 14 Motion for Admission Pro Hac Vice of Attorney Matthew A. Colvin for ABC IP,Matthew A. Colvin for Rare Breed Triggers. <br><br> *Attorneys admitted Pro Hac Vice must register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Instructions are available at https://www.utd.uscourts.gov/attorney−admissions#PHV.A Pro Hac Vice Attorney who fails to register for CM/ECF access will not receive notifications of electronic filings.* <br><br> *Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at https://www.utd.uscourts.gov/rules−practice.* <br><br> Signed by Magistrate Judge Jared C. Bennett on 2/18/2026. (dle) (Entered: 02/18/2026) |
| 02/20/2026 | 17 | MOTION for Admission Pro Hac Vice of Carl E. Bruce , Registration fee $ 50, receipt number AUTDC−5706036, <br><br> Attorneys awaiting Pro Hac Vice admission should immediately register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. <br> Registration requests will not be approved until the court has granted the pro hac vice motion. Instructions are available on the court's website at https://www.utd.uscourts.gov/cmecf−electronic−case−filing. <br><br> filed by Plaintiffs ABC IP, Rare Breed Triggers. (Attachments: # 1 Exhibit A− Application for Pro Hac Vice Admission, # 2 Text of Proposed Order)(Smith, Timothy) (Entered: 02/20/2026) |
| 02/23/2026 | 18 | ORDER granting 17 Motion for Admission Pro Hac Vice of Attorney Carl E. Bruce for ABC IP,Carl E. Bruce for Rare Breed Triggers. <br><br> *Attorneys admitted Pro Hac Vice must register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Instructions are available at https://www.utd.uscourts.gov/attorney−admissions#PHV.A Pro Hac Vice Attorney who fails to register for CM/ECF access will not receive notifications of electronic filings.* <br><br> *Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at https://www.utd.uscourts.gov/rules−practice.* <br><br> Signed by Magistrate Judge Jared C. Bennett on 2/23/2026. (dle) (Entered: 02/23/2026) |
| 03/12/2026 | 19 | SUMMONS Returned Executed. Filed by ABC IP, Rare Breed Triggers. Summons as to HK Parts, Inc.. (Smith, Timothy) (Entered: 03/12/2026) |
| 03/24/2026 | 20 | AMENDED COMPLAINT *for Patent Infringement* against HK Parts, Inc. with Jury Demand. filed by ABC IP, Rare Breed Triggers. (Attachments: # 1 Exhibit A − Patent No 12,038,247, # 2 Exhibit B − Patent No. 12,031,784, # 3 Exhibit C − Patent No. 12,578,159) (Smith, Timothy) (Entered: |

| | | |
|---|---|---|
| | | 03/24/2026) |
| 03/30/2026 | 21 | Stipulated MOTION for Extension of Time to File Answer re 20 Amended Complaint, filed by Defendant HK Parts, Inc.. (Attachments: # 1 Text of Proposed Order) Motions referred to Jared C. Bennett. Attorney Jed H. Hansen added to party HK Parts, Inc. (pty:dft)(Hansen, Jed) (Entered: 03/30/2026) |
| 03/31/2026 | 22 | ORDER granting 21 Motion for Extension of Time to Answer Amended Complaint. Answer due 4/30/2026. Signed by Magistrate Judge Jared C. Bennett on 3/31/2026. (dle) (Entered: 03/31/2026) |
| 04/01/2026 | 23 | MOTION for Admission Pro Hac Vice of Michael Chibib , Registration fee $ 50, receipt number AUTDC−5746579, <br><br> Attorneys awaiting Pro Hac Vice admission should immediately register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Registration requests will not be approved until the court has granted the pro hac vice motion. Instructions are available on the court's website at https://www.utd.uscourts.gov/cmecf−electronic−case−filing. <br><br> filed by Defendant HK Parts, Inc.. (Attachments: # 1 Exhibit A − Application, # 2 Exhibit B − Text of Proposed Order)(Hansen, Jed) (Entered: 04/01/2026) |
| 04/01/2026 | 24 | MOTION for Admission Pro Hac Vice of Conor M. Civins , Registration fee $ 50, receipt number AUTDC−5746594, <br><br> Attorneys awaiting Pro Hac Vice admission should immediately register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Registration requests will not be approved until the court has granted the pro hac vice motion. Instructions are available on the court's website at https://www.utd.uscourts.gov/cmecf−electronic−case−filing. <br><br> filed by Defendant HK Parts, Inc.. (Attachments: # 1 Exhibit A − Application, # 2 Exhibit B − Text of Proposed Order)(Hansen, Jed) (Entered: 04/01/2026) |
| 04/02/2026 | 25 | MOTION to Stay and Memorandum in Support filed by Defendant HK Parts, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Text of Proposed Order) Motions referred to Jared C. Bennett.(Hansen, Jed) (Entered: 04/02/2026) |
| 04/09/2026 | 26 | ORDER granting 23 Motion for Admission Pro Hac Vice of Attorney Michael Chibib for HK Parts Inc. <br><br> *Attorneys admitted Pro Hac Vice must register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Instructions are available at https://www.utd.uscourts.gov/attorney−admissions#PHV.***A Pro Hac Vice Attorney who fails to register for CM/ECF access will not receive notifications of electronic filings.** <br><br> *Attorneys admitted Pro Hac Vice may download a copy of the District of Utah's local rules from the court's web site at https://www.utd.uscourts.gov/rules−practice.* <br><br> Signed by Magistrate Judge Jared C. Bennett on 4/9/26 (alt) (Entered: 04/09/2026) |
| 04/09/2026 | 27 | ORDER granting 24 Motion for Admission Pro Hac Vice of Attorney Conor M. Civins for HK Parts Inc. |

| | | |
|---|---|---|
| | | *Attorneys admitted Pro Hac Vice must register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Instructions are available at https://www.utd.uscourts.gov/attorney–admissions#PHV.* **A Pro Hac Vice Attorney who fails to register for CM/ECF access will not receive notifications of electronic filings.** <br><br> *Attorneys admitted Pro Hac Vice may download a copy of the District of Utah's local rules from the court's web site at https://www.utd.uscourts.gov/rules–practice.* <br><br> Signed by Magistrate Judge Jared C. Bennett on 4/9/26 (alt) (Entered: 04/09/2026) |
| 04/16/2026 | 28 | MEMORANDUM in Opposition re 25 MOTION to Stay and Memorandum in Support filed by Plaintiffs ABC IP, Rare Breed Triggers. (Attachments: # 1 Text of Proposed Order Denying HK Part's Motion to Stay)(Colvin, Matthew) (Entered: 04/16/2026) |
| 04/30/2026 | 29 | Defendant's REPLY to Response to Motion re 25 MOTION to Stay and Memorandum in Support filed by Defendant HK Parts Inc. (Hansen, Jed) (Entered: 04/30/2026) |
| 04/30/2026 | 30 | ANSWER to 20 Amended Complaint, filed by HK Parts Inc.(Hansen, Jed) (Entered: 04/30/2026) |
| 05/05/2026 | 31 | CORPORATE DISCLOSURE STATEMENT under FRCP 7.1 filed by Defendant HK Parts Inc. (Hansen, Jed) (Entered: 05/05/2026) |
| 05/13/2026 | 32 | STIPULATED MOTION to Stay Case Deadlines ~~STIPULATION *TO STAY DEADLINES (JOINT)*~~ by ABC IP, Rare Breed Triggers. (Attachments: # 1 Text of Proposed Order)(Colvin, Matthew) Modified on 5/13/2026 by correcting event type, editing docket text (dle). (Entered: 05/13/2026) |
| 05/14/2026 | 33 | DOCKET TEXT ORDER REFERRING 32 MOTION to Stay filed by ABC IP, Rare Breed Triggers. Motions referred to Jared C. Bennett. Signed by Judge Howard C. Nielson, Jr., on 5/14/2026. (dle) (Entered: 05/14/2026) |
| 05/14/2026 | 34 | ORDER granting 32 Motion to Stay. This case is STAYED pending the JPML's decision on centralizing related actions, including this case. Signed by Magistrate Judge Jared C. Bennett on 5/14/2026. (dle) (Entered: 05/14/2026) |
| 05/14/2026 | 35 | DOCKET TEXT ORDER FINDING AS MOOT 25 MOTION to Stay. The motion is moot pursuant to the filing of 32 STIPULATED MOTION to Stay Case Deadlines and 34 ORDER granting 32 Motion to Stay. Signed by Magistrate Judge Jared C. Bennett on 05/14/2026. (docket text order; no attached document) (jcd) (Entered: 05/14/2026) |
| 08/07/2026 | 36 | TRANSFER ORDER re IN RE: RARE BREED TRIGGERS PATENT LITIGATION MDL 3176. Signed by Matthew F. Kennelly, Acting Chair of Panel on Multidistrict Litigation on 8/7/2026. (jwt) (Entered: 08/07/2026) |